ATS Processing Services, LLC
P.O. Box 25367 R-2
Tempe, AZ 85282

JAN 29 REC'D

Reference ID: 22125786

Phone: (877) 590-9711
Email: RentalCar.Violations@atsol.com

January 21, 2020




00096 1 SP 0.500 T 1 00-ATVLWN0D-1
U.S. DISTRICT COURT
CENTRAL VIOLATIONS BUREAU
PO BOX 780549
SAN ANTONIO TX 78278-0549

## DECLARATION OF NON-LIABILITY/REQUEST FOR TRANSFER OF LIABILITY

ATS Processing Services, LLC ("ATS") performs violations processing on behalf of the entity listed below as the Registered Owner, and has received a citation for a vehicle that was rented, leased or under management during the period that the violation occurred. Based on the information electronically transmitted to ATS by the Registered Owner in the ordinary course of business, the name, address, and other information regarding the individual responsible for the vehicle at the time of the violation is contained below:

| | |
|---|---|
| Registered Owner (or a direct or indirect subsidiary of): | The Hertz Corporation |
| Citation Number: | 9292681 ICA7L |
| Citation Type: | Parking |
| Citation Date and Time: | 08/27/2019 |
| Citation Amount: | $205.00 |
| Plate State and Number: | CA 8KTR446 |
| Vehicle Make: | Hyundai |
| Vehicle Model: | Tucson |
| Fleet Agreement: | 101266001 |
| Agreement Start Date: | 08/23/2019  4:52 PM |
| Agreement End Date: | 09/01/2019  9:03 AM |
| Driver Name: | JASON SCHNEEBELE |
| Driver Address: | 1985 VIOLA DR<br>ORTONVILLE, MI 48462-8886 |
| Driver License Number: | S514373028873 |
| Driver License State: | MI |
| Driver Date of Birth: | 11/14/1977 |

This document was made at or near the time of the transmission of the information and was made and kept in the course of ATS' regularly conducted business activity. Thank you for your attention to this matter, and please let us know if you need additional information.

_Jesse Theisen signature_

Jesse Theisen
On behalf of ATS Processing Services, LLC

21st day of January, 2020

iFACS-204    09S